SINHORINA SOUZA *v.* THE GREAT ATLANTIC AND PACIFIC TEA COMPANY, INC.

The motion by the defendant to dismiss the appeal from the Superior Court in Fairfield County is granted.

*J. Kenneth Bradley,* for the appellee (defendant).

*Louis Stein,* for the appellant (plaintiff).

Argued October 8—decided October 8, 1964

STATE OF CONNECTICUT *v.* CLIFTON SPELLMAN

*Earl I. Williams* and *Catherine G. Roraback,* in support of the petition.

*Sherman Drutman,* assistant prosecuting attorney, in opposition.

Submitted July 27—decided October 8, 1964

STATE OF CONNECTICUT *v.* MICHAEL R. TOMANELLI

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is granted.